AO 442 (Rev. 11/11) Arrest Warrant

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**SEP 21 2016**
ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

United States of America
v.
MARCUS SHELBY
(wherever found)

Defendant

Case No.  3:16-cr-73 DPJ-LRA  SEALED

## ARREST WARRANT

RECV USMS D43 15SEP'16

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Marcus Shelby

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute a controlled substance
possess with intent to distribute a controlled substance (aiding & abetting)

Date:  09/08/2016

City and state:  Jackson, MS

Arthur Johnston, Clerk

_R. Lowery_
Issuing officer's signature

R. Lowery, Deputy Clerk
Printed name and title

### Return

This warrant was received on (date) 09/08/16, and the person was arrested on (date) 09/19/16
at (city and state) JACKSON, MS.

Date:  09/19/16

_signature_
Arresting officer's signature

TIMOTHY ANDERSON  DUSM
Printed name and title